# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

LOVELL DAWSON,          ,                    *
                                             *
              Petitioner,                    *          CIVIL ACTION NO.: 2:22-cv-79
                                             *
       v.                                    *
                                             *
MARIO MORALES,                               *
                                             *
              Respondent.                    *

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 4. Petitioner Lovell Dawson ("Dawson") did not file Objections to the Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court also **DISMISSES without prejudice** Dawson's 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus for failing to exhaust his available state remedies, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Dawson *in forma pauperis* status on appeal and a

Certificate of Appealability.

**SO ORDERED**, this _____4_____ day of _____April_____, 2023.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2

AO 72A
(Rev. 8/82)